**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-2182**

---

G. MARK SEALS,

                                        Plaintiff - Appellant,

        versus

NATIONAL STUDENT LOAN PROGRAM, a Nebraska
Corporation; ILLINOIS STUDENT ASSISTANCE
COMMISSION, an Illinois Corporation; MAXIMUS
COLLECTION CENTER, a Michigan Corporation;
AMERICAN EDUCATION SERVICES, Pennsylvania
Higher Education Assistance Agency, a
Pennsylvania Corporation; SALLIE MAE SERVICING
CORPORATION, a Pennsylvania Corporation; NCO
FINANCIAL SYSTEMS, INCORPORATED,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling. Frederick P. Stamp, Jr.,
District Judge. (CA-02-101-5)

---

Submitted: February 28, 2005          Decided: March 22, 2005

---

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

G. Mark Seals, Appellant Pro Se. Steven Leftridge Thomas, KAY,
CASTO & CHANEY, Charleston, West Virginia; David M. Thomas, KAY,
CASTO & CHANEY, Morgantown, West Virginia; Jacon Swartly, LEGAL
SERVICES DIVISION, Harrisburg, Pennsylvania; William Scott Adams,

MACCORKLE, LAVENDER, CASEY & SWEENEY, PLLC, Morgantown, West Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

G. Mark Seals appeals the dismissal of his civil action alleging violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692-1692o (2000), and the West Virginia Consumer Credit Protection Act ("WVCCPA"), W. Va. Code § 46A-2-125 (1999). We have reviewed the record and the district court's memorandum opinions and orders granting Defendants' motions to dismiss and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Seals v. National Student Loan Program, No. CA-02-101-5 (N.D.W. Va. Oct. 8, 2003; Aug. 16, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 3 -